UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| RANDY TRUITT, et al., | |
| Plaintiffs, | |
| v. | Case No. 3:20-CV-964 JD |
| FOREST RIVER, INC., | |
| Defendant. | |

**ORDER**

On October 7, 2022, the parties filed a joint Stipulation to Dismiss (DE 54), agreeing to dismiss the claims of Plaintiffs Lance Kuykendall, Carlton Whitmire, David Trupp, Kevin Herinckx, and Fred Smith with prejudice. Following the prior dismissal of Randy Truitt (DE 52), these are all of the claims remaining in this action. Therefore, considering the joint nature of the stipulation, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is hereby DISMISSED, with prejudice. The Clerk is DIRECTED to CLOSE this case.

SO ORDERED.

ENTERED: November 30, 2022

　　　　　　　　　　　　　　　　　　　/s/ JON E. DEGUILIO
　　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　　United States District Court